No. 83. STATE OF MISSOURI EX REL. ST. JOSEPH WATER COMPANY, PLAINTIFFS IN ERROR, *v.* THE CITY OF SEATTLE:

In error to the Supreme Court of the State of Missouri. Submitted December 2, 1914. Decided December 14, 1914. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Thomas* v. *Iowa,* 209 U. S. 258, 262, 263; *Bowe* v. *Scott,* 233 U. S. 658, 663, 664; (2) *Kansas City Star Co.* v. *Julian,* 215 U. S. 589; *Consolidated Turnpike* v. *Norfolk &c. Ry.,* 228 U. S. 326, 334; *City of Lewiston* v. *Chamberlain,* 234 U. S. 751. *Mr. John E. Dolman* for the plaintiff in error. *Mr. Vinton Pike* for the defendant in error.